CH

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:

GEORGE TERRELL and ANDREW TERRELL
v.
PETER J. DIANGI, Individually and as Employee or Agent of
Silver Lake Country Club, Inc. and SILVER LAKE COUNTRY
CLUB, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PETER J. DIANGI, Individually and as Employee or Agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., and SILVER LAKE COUNTRY CLUB, INC.

**08CV2430**
**JUDGE MAROVICH**
**MAG. JUDGE COX**

| NAME (Type or print) |
|---|
| John Hunter |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ John Hunter |

| FIRM |
|---|
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP |

FILED
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STREET ADDRESS |
|---|
| 120 North LaSalle Street, Suite 2600 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272445 | 312-704-0550 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ |