## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number:

GEORGE TERRELL and ANDREW TERRELL

v.

PETER J. DIANGI, Individually and as Employee or Agent of Silver Lake Country Club, Inc. and SILVER LAKE COUNTRY CLUB, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PETER J. DIANGI, Individually and as Employee or Agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., and SILVER LAKE COUNTRY CLUB, INC.

**08CV2430**
**JUDGE MAROVICH**
**MAG. JUDGE COX**

NAME (Type or print): Christopher Dely

SIGNATURE (Use electronic signature if the appearance form is filed electronically):
s/ Christopher Dely

FIRM: Wilson, Elser, Moskowitz, Edelman & Dicker LLP

STREET ADDRESS: 120 North LaSalle Street, Suite 2600

CITY/STATE/ZIP: Chicago, Illinois 60602

FILED
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6284764
TELEPHONE NUMBER: 312-704-0550

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [ ]   NO [✓]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [✓]   NO [ ]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [ ]   NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [ ]   NO [✓]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [✓]      APPOINTED COUNSEL [ ]