# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

GEORGE TERRELL and ANDREW TERRELL
vs.
PETER J. DIANGI, Individually and as Employee or Agent of Silver Lake Country Club, Inc. and SILVER LAKE COUNTRY CLUB, INC., et al

Case Number: 08 C 2430

Judge Marovich

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, GEORGE TERRELL and ANDREW TERRELL

FILED

MAY 20 2008 YM
MAY 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| David L. Goldberg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ David L. Goldberg |

| FIRM |
|---|
| RUBIN, MACHADO & ROSENBLUM, LTD. |

| STREET ADDRESS |
|---|
| 120 W. Madison Street, Suite 400 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275007 | (312) 327-1840 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐