UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE TERRELL and ANDREW TERRELL, <br>     Plaintiffs, <br><br> v. <br><br> PETER J. DiANGI, Individually and as Employee or agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., SILVER LAKE COUNTRY CLUB, INC., and VILLAGE OF ORLAND PARK, a Municipal Corp., <br>     Defendants. | 08 cv 2430 <br> JUDGE MAROVICH <br> MAG. JUDGE COX |

### MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

    COME NOW Attorneys Christian T. Novay, Christopher Dely and John Hunter and hereby ask leave of the Court to withdraw as attorneys of record for Defendants, PETER J. DiANGI, Individually and as Employee or agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., and SILVER LAKE COUNTRY CLUB, INC. in the above-captioned matter, pursuant to Local Rule 83.17, and in support thereof, state as follows:

    1.    Christian T. Novay, Christopher Dely, and John Hunter (hereinafter "Wilson Elser") entered their appearance on behalf of Defendants, PETER J. DiANGI, Individually and as Employee or agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., and SILVER LAKE COUNTRY CLUB, INC., (hereinafter "Defendants") on April 29, 2008.

    2.    When Wilson Elser entered their appearance, it was believed that the Defendants were covered under an insurance policy through, Fireman's Fund Insurance Company.

494312.1

3. After further review of the policy, it was revealed that there is no coverage available to Defendants through Fireman's Fund Insurance Company and therefore we have no duty to defend said Defendants.

4. Defendants have been advised that Wilson Elser will move to withdraw as their attorneys because of the aforementioned.

WHEREFORE, the movants Christian T. Novay, Christopher Dely, and John Hunter of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, respectfully pray that this Court grant them leave to withdraw as attorneys for, PETER J. DiANGI, Individually and as Employee or agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., and SILVER LAKE COUNTRY CLUB, INC. in this cause.

Respectfully Submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Christian T. Novay
One of Their Attorneys

Christian Novay
120 North LaSalle Street — Suite 2600
Chicago, Illinois  60602
(312) 704-0550
ARDC: 06284318

494312.1