UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE TERRELL and ANDREW TERRELL,**<br>　　Plaintiffs,<br><br>v.<br><br>**PETER J. DiANGI, Individually and as Employee or agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., SILVER LAKE COUNTRY CLUB, INC., and VILLAGE OF ORLAND PARK, a Municipal Corp.,**<br>　　Defendants. | )<br>)<br>)<br>)   **08 cv 2430**<br>)   **JUDGE MAROVICH**<br>)   **MAG. JUDGE COX**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

To:　**David L Goldberg**
　　　Rubin, Machado & Rosenblum Ltd.
　　　120 West Madison Street
　　　Suite 400
　　　Chicago, IL 60602
　　　(312) 327-1840
　　　Email: dl_goldberg@yahoo.com

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008 at the hour of 11:00 a.m. we shall appear before the Honorable George M. Marovich, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1944, at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendants' Motion for Leave to Withdrawal as Counsel, a copy of which has been filed and served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Christian T. Novay

Christian Novay
**WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER LLP**
120 North LaSalle Street — Suite 2600
Chicago, Illinois 60602
(312) 704-0550

494148.1

## CERTIFICATE OF SERVICE

    I, Christian T. Novay, an attorney, certify pursuant to Code of Civil Procedure that I served a copy of Defendants' motion, upon the above-party, via e-mail at the address listed, and by depositing same in the U.S. mail at 120 North LaSalle Street, Suite 2600, Chicago, Illinois 60602 on the 5th day of June 2008.

    Respectfully Submitted,

By: /s/ Christian T. Novay
    One of Their Attorneys

Christian Novay
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
120 North LaSalle Street — Suite 2600
Chicago, Illinois  60602
(312) 704-0550
ARDC: 06284318