#07-316   EMR(DLG)cmb

IN THE CIRCUIT UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE TERRELL and ANDREW TERRELL, | ) ) ) |
| Plaintiff, | ) **Case No.   08 cv 02430** ) ) |
| -vs- | ) **Judge Marovich** ) ) **Magistrate Judge Cox** |
| PETER DIANGI, Ind. & as Employee or Agent of Silver Lake Country Club, Inc., et al, | ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING**

TO:   Jeannine S. Gilleran, LITCHFIELD CAVO, LLP
         303 W. Madison St., Suite 300, Chicago, Ill.  60606-3300

   Christian T. Novay, Christopher Dely & John Hunter,
      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP,
      120 N. LaSalle St., Suite 2600, Chicago, Ill.  60602

   PLEASE TAKE NOTICE that on the 6th day of June, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Plaintiff's Motion for Leave to file an Amended Complaint at Law.**

                                                              /s/David L. Goldberg_____
                                                              By:  David L. Goldberg – ARDC No.  6275007
                                                              RUBIN, MACHADO & ROSENBLUM, LTD.
                                                              Attorneys for Plaintiff

120 W. Madison St., Suite 400
Chicago, Ill.  60602
(312) 327-1840

**CERTIFICATE OF SERVICE**

   I certify that a copy of the above-indicated documents were electronically filed and mailed to each person to whom it is directed at the above address by depositing the same in the U.S. Mail at 120 W. Madison St., Chicago, Ill., with proper postage affixed, on June 6, 2008.

                                                              /s/David L. Goldberg_____
                                                              David L. Goldberg – ARDC No.  6275007
                                                              RUBIN, MACHADO & ROSENBLUM, LTD.
                                                              120 W. Madison St., Suite 400
                                                              Chicago, Illinois   60602
                                                              (312) 327-1840
                                                              dgoldberg@rubin-machado.com