**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                          Case Number: 08 C 2430

Andrew Terrell, et al.,
        Plaintiffs,

v.

Peter Diangi, et al.,
        Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Peter Diangi and Village of Orland Park

| |
|---|
| NAME (Type or print)<br>Lance C. Malina |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lance C. Malina |
| FIRM<br>Klein, Thorpe and Jenkins, Ltd. |
| STREET ADDRESS<br>20 North Wacker Drive, Suite 1660 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606-2903 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>90446 | TELEPHONE NUMBER<br>(312) 984-6400 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐