U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 08 C 2430
Andrew Terrell, et al.,
                    Plaintiffs,
v.
Peter Diangi, et al.,
                    Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Peter Diangi and Village of Orland Park

| NAME (Type or print) |
| --- |
| Dennis G. Walsh |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Dennis G. Walsh |
| FIRM |
| Klein, Thorpe and Jenkins, Ltd. |
| STREET ADDRESS |
| 20 North Wacker Drive, Suite 1660 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606-2903 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 90446 | (312) 984-6400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐