IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW TERRELL, and<br>GEORGE TERRELL<br><br>       Plaintiffs,<br><br>v.<br><br>PETER DIANGI, Individually and as Employee<br>or Agent of Silver Lake Country Club, Inc., and as<br>Police Officer of Orland Park, a Municipal<br>Corporation;<br>SILVER LAKE COUNTRY CLUB, INC.; and<br>VILLAGE OF ORLAND PARK, a Municipal<br>Corporation,<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 2430<br>)<br>) Judge Marovich<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To: See Attached Service List

  **PLEASE TAKE NOTICE** that on June 10, 2008, I filed with the Clerk of the United States District Court of Northern District of Illinois, Eastern Division an **Appearance** on behalf of the Village of Orland Park, a copy of which is attached and served upon you.

                  /s/ Dennis G. Walsh

Dennis G. Walsh
Lance C. Malina
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

iManage:214777_1

Jeannine S. Gilleran
Litchfield Cavo, LLP
303 W. Madison Street
Suite 300
Chicago, Illinois 60606-3300

Christian T. Novay
Christopher Dely
John Hunter
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 N. LaSalle Street, Suite 2600
Chicago, Illinois 60602

David L. Goldberg
Rubin, Machado & Rosenblum, Ltd.
120 W. Madison Street, Suite 400
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I, Dennis G. Walsh, an attorney, state that I caused a copy of the Notice of Filing together with all attachments to be served on the parties identified on the above Service List by U.S. Mail first class postage prepaid at 20 North Wacker Drive, Chicago, Illinois 60606 before 5:00 p.m. on June 10, 2008.

/s/ Dennis G. Walsh