# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2430 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Terrell, et al. Vs. Diangi, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/19/2008 at 11:00 a.m. Motion of Christian Novay, Christopher M. Dely and John C. Hunter for leave to withdraw as counsel for defendants Diangi and Silver Lake Country Club, Inc. [9] is entered and continued. Plaintiffs' motion for leave to file an amended complaint [11] is granted; defendants are given to 7/10/2008 to answer or otherwise plead.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CW |
|---|---|---|