IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| GEORGE TERRELL and ANDREW TERRELL | ) | |
| Plaintiffs | ) | |
| vs. | ) | No. 08 C 2430 |
| PETER DIANGI, Individually and as Employee or Agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a municipal corp., SILVER LAKE COUNTRY CLUB, INC. and VILLAGE OF ORLAND PARK, a municipal corp. | ) | Judge Marovich |
| | ) | Magistrate Judge Cox |
| Defendants | ) | |

### DEFENDANTS' JOINT MOTION FOR ENLARGEMENT OF TIME

NOW COME the defendants, VILLAGE OF ORLAND PARK and PETER DIANGI, by and through their attorneys, LITCHFIELD CAVO LLP and SILVER LAKE COUNTRY CLUB, INC. and PETER DIANGI, through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER and request an enlargement of time in which to answer plaintiff's Amended Complaint at Law.

1. Counsel for the parties are coordinating their answers for consistency among multiple defendants.

2. Counsel for defendants request an additional ten (10) days in which to answer or otherwise plead to plaintiff's Amended Complaint at Law, up to and including July 18, 2008.

3. No party will be prejudiced by this extension.

LITCHFIELD CAVO LLP      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

By: s/ Jeannine S. Gilleran      By: s/ Christian Novay
     Attorney for Defendants      Attorneys for Defendants
     Village of Orland Park and      Silver Lake Country Clubs, Inc. and
     Peter Diangi      Peter Diangi

## **CERTIFICATE OF SERVICE**

      I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served Defendants' Motion for Enlargement of Time by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record on the 9th day of July, 2008.

                                                        /s/ Jeannine S. Gilleran

Jeannine S. Gilleran, Esq.
LITCHFIELD CAVO LLP.
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6677
(312) 781-6630 fax