IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| GEORGE TERRELL and ANDREW TERRELL )<br>)<br>    Plaintiffs   )<br>vs.   )<br>)<br>PETER DIANGI, Individually and as Employee or )<br>Agent of Silver Lake Country Club, Inc. and as )<br>Police Officer of Orland Park, a municipal corp., )<br>SILVER LAKE COUNTRY CLUB, INC. and )<br>VILLAGE OF ORLAND PARK, a municipal corp. )<br>)<br>    Defendants   ) | No. 08 C 2430<br><br>Judge Marovich<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

TO:   See attached service list

    On July 15, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George Marovich or any judge sitting in his stead, in the courtroom usually occupied by him in room 1944-C of the Dirksen Federal Building, Chicago, Illinois and then and there present the attached Motion.

| | |
|---|---|
| LITCHFIELD CAVO, LLP<br>303 West Madison Street<br>312/ 781-6677 | Defendants Diangi and Village of Orland Pk<br>Chicago, IL 60606<br>Atty. No. 36351 |

## CERTIFICATE OF SERVICE

    I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served Defendants' Motion by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record on the 9th day of July, 2008.


                                                            /s/ Jeannine S. Gilleran

Jeannine S. Gilleran
LITCHFIELD CAVO, LLP.
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6677
(312) 781-6630 fax

Terrell v. Diangi, et al.
Court No: 08 CV 02460

**SERVICE LIST**

**Attorney for Plaintiffs**

RUBIN, MACHADO & ROSENBLUM, LTD.
120 West Madison Street
Suite 400
Chicago, IL 60602
Attn: David Goldberg
(312) 327-1840

**Attorney for Peter Diangi and Silver Lake Country Club**

WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
Attn: Christian Novay
(312) 704-0550

**Additional counsel for Peter Diangi**

KLEIN THORPE & JENKINS, LTD.
20 North Wacker Drive
Suite 1660
Chicago, IL 60606
Attn: Dennis Walsh
(312) 984-6400