**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                    Case Number: 08cv2430

GEORGE TERRELL and ANDREW TERRELL, Plaintiffs
v.
PETER J. DIANGI, Individually and as Employee or Agent of
Silver Lake Country Club, Inc., and SILVER LAKE
COUNTRY CLUB, INC., et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PETER J. DIANGI, Individually and as Employee or Agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., and SILVER LAKE COUNTRY CLUB, INC.

| NAME (Type or print) |
| --- |
| Bryan J. Johnson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Bryan J. Johnson |
| FIRM |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| STREET ADDRESS |
| 120 North La Salle Street, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6289840 | 312-704-0550 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐