UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW TERRELL and GEORGE TERRELL,<br>    Plaintiffs,<br><br>v.<br><br>PETER J. DiANGI, Individually and as Employee or Agent of Silver Lake Country Club, Inc. and as Police Officer of Orland Park, a Municipal Corp., SILVER LAKE COUNTRY CLUB, INC., and VILLAGE OF ORLAND PARK, a Municipal Corp.,<br>    Defendants. | )<br>)<br>)<br>)   08 cv 2430<br>)   JUDGE MAROVICH<br>)   MAG. JUDGE COX<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To      See Service List

PLEASE TAKE NOTICE that on the 18th day of July 2008 we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division: *Answer to Plaintiffs' Amended Complaint at Law*.

I, Christian T. Novay, an attorney, certify pursuant to Code of Civil Procedure that I served a copy of Defendants', Peter J. DiAngi and Silver Lake Country Club, Inc., Answer to Plaintiffs' First Amended Complaint at Law, upon the attached parties, at addresses listed, and by depositing same in the U.S. mail at 120 North LaSalle Street, Suite 2600, Chicago, Illinois 60602.

Respectfully Submitted,

**PETER DiANGI, Individually and as Employee or agent of Silver Lake Country Club, Inc. and SILVER LAKE COUNTRY CLUB, INC.**

By: /s/ Christian T. Novay
    One of Their Attorneys

Christian Novay
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
120 North LaSalle Street
Suite 2600
Chicago, Illinois 60602
(312) 704-0550
ARDC: 06284318

504999.1

Terrell v. DiAngi, et al.
Court No.: 08 cv 2430

## SERVICE LIST

**Attorneys for Plaintiffs**
**David L. Goldberg**
RUBIN, MACHADO & ROSENBLUM, LTD
120 West Madison Street, Suite 400
Chicago, Illinois 60602
312-327-1840
dgoldberg@rubin-machado.com

**Attorneys for Village of Orland Park**
**Philip F. Cuevas**
**Jeannine Stephanie Gilleran**
Litchfield Cavo LLP
303 West Madison
Chicago, Illinois 60606
(312) 781-6677
cuevas@litchfieldcavo.com

**Attorneys for Peter DiAngi and Silver Lake Country Club**
**Christian T. Novay**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North LaSalle Street
Suite 2600
Chicago, Illinois 60602
(312) 704-0550
christian.novay@wilsonelser.com

**Additional Counsel for Peter DiAngi**
KLEIN THORPE & JENKINS, LTD
20 North Wacker Drive
Suite 1660
Chicago, Illinois 60606
Attn: Dennis Walsh
(312) 984-6400

**Third-Party Defendant**
Jason Terrell
317 Hillside Road
New Lenox, Illinois 60451

504999.1